**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                       NO. 4:04CR00076 JLH

DAVID KELLEY BRYANT                                                             DEFENDANT

## ORDER

The United States has filed a response to David Kelley Bryant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. If Bryant wishes to file a reply, he should do so on or before December 23, 2015.

IT IS SO ORDERED this 1st day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE