# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                       PLAINTIFF

v.                         NO. 4:04CR00076-JLH

DAVID KELLEY BRYANT                                                  DEFENDANT

## ORDER

David Kelley Bryant's motion to hold his section 2255 petition in abeyance is GRANTED. Document #55. The petition is held in abeyance pending a decision by the United States Court of Appeals for the Eighth Circuit as to whether Bryant will be permitted to file a second or successive petition. The Court directs Bryant's attorney to notify this Court promptly after receiving a decision from the Eighth Circuit.

IT IS SO ORDERED this 27th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE