IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          NO. 4:04CR00076-JLH

DAVID KELLEY BRYANT                                                                    DEFENDANT

## ORDER

David Kelley Bryant has filed an amended motion to correct his sentence under 28 U.S.C. § 2255. The Court orders the United States to file its response on or before December 20, 2016.

IT IS SO ORDERED this 13th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE