**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                           NO. 4:04CR00076-01 JLH

DAVID KELLEY BRYANT                                                        DEFENDANT

**ORDER**

Defendant David Kelley Bryant has filed a motion and amended motion to correct sentence under 28 U.S.C. § 2255. Documents #54 and #57. The government has responded in support of the motions and requests that defendant be sentenced to time served. Therefore, the motion and amended motion to vacate sentence are GRANTED.

IT IS THEREFORE ORDERED that defendant David Kelley Bryant is hereby resentenced on Count 1 of the Indictment to TIME SERVED, to be followed by three (3) years supervised release. The defendant is ordered released from custody as soon as the Bureau of Prisons can process him.

All other conditions remain in full force and effect as previously imposed on January 20, 2006.

IT IS SO ORDERED this 15th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE